■ In the Matter of the Arbitration between GEORGE JACKSON, Doing Business as PEARL DISTRIBUTOR, INC., Respondent, and PEPSI-COLA METROPOLITAN BOTTLING COMPANY, INC., Appellant.—Order and judgment (one paper), Supreme Court, New York County, entered on November 16, 1978, unanimously affirmed for the reasons stated by Referee Byer and Justice Klein at Special Term. Petitioner-respondent shall recover of respondent-appellant $75 costs and disbursements of this appeal. Concur—Birns, J. P., Bloom, Lupiano, Ross and Lynch, JJ.

■ 54 WEST TENANTS CORP. et al., Appellants, v JANE HAZAN, Respondent.—Judgment, Supreme Court, New York County, entered on March 9, 1979, unanimously affirmed for the reasons stated by Kirschenbaum, J., at Special Term, without costs and without disbursements. Concur—Birns, J. P., Lupiano, Ross and Lynch, JJ.